UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>USA</u>

           v.                    Civil No. 07-cv-398-JM

<u>Digital Federal Credit Union</u>


O R D E R


As no return of service or motion to extend time to effect service has been filed, defendant, Digital Federal Credit Union, is hereby dismissed without prejudice.

SO ORDERED.


April 16, 2008                                    <u>/s/James R. Muirhead</u>
                                                    James R. Muirhead
                                                    United States Magistrate Judge


cc:    Andrea A. Kafka, Esq.
        Henry W. McElroy, Jr.